IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VELIA RODRIGUEZ, )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 07-390 ***
 )
MBNA A/Bank of America, )
 )
       Defendant. )

### ORDER

At Wilmington this ___ day of _____, 2007, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual income of $19,053.00 (D.I. 1).

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                                                                             
United States Magistrate Judge