OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# 07-390 XXX

CASE CAPTION: Rodriguez v. MBNA/Bank of America

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _____

Signed: _____
Pro Se Plaintiff

Date Received by Clerk's office: _____

Signed: _____
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

7-10-07
Date mailed

Beth Duran
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

FILED
JUL 23 2007
U.S. DISTRICT COURT



Velia Rodriguez
66 Mercer Dr.
Newark, DE 19713

WILMINGTON DE 197
20 JUL 2007 PM 1 L

Office of the Clerk
United States District Court
Lockbox 18
844 King Street
Wilmington De 19801