IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELIA RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-390*** (MPT) |
| | ) |
| MBNA/BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 29 day of October, 2007, the complaint in the above-captioned case having been filed on June 19, 2007;

IT IS ORDERED that, on or before **November 27, 2007**, plaintiff shall show cause why this case should not be dismissed for failure to serve process upon defendant, pursuant to Fed. R. Civ. P. 4(m).

Honorable Mary Pat Thynge
U.S. Magistrate Judge