IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELIA RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-390-SLR |
| | ) |
| MBNA/BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 4th day of December, 2007, the complaint in the above-captioned case having been filed on June 19, 2007 and plaintiff having failed to respond and show cause why this case should not be dismissed for failure to serve process as is required by statute;

IT IS ORDERED that this case is **dismissed without prejudice** for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE